# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159205(65)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

CALEB GRIFFIN,
      Plaintiff-Appellant,

v

SWARTZ AMBULANCE SERVICE,
      Defendant-Appellee,
and

SARAH ELIZABETH AURAND,
      Defendant.
_____/

SC: 159205
COA: 340480
Genesee CC: 14-103977-NI

      On order of the Chief Justice, the motion of the Michigan Association of Ambulance Services to file a brief amicus curiae is GRANTED. The amicus brief submitted on December 20, 2019, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2019



Clerk